UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

*********************************************************************************************

In re:

**Luke Quentin Rowe**,

       Debtor.                                                  JUDGMENT

************************************************

**David G. Velde, Trustee**,

       Plaintiff,                                            BKY 23-60338

v.                                                                      ADV 24-06003

**Amie Rowe**,

       Defendant.

*********************************************************************************************

       This proceeding came before the Court, and a decision or order for judgment was duly rendered, the Honorable Michael E. Ridgway, United States Bankruptcy Judge, presiding.

       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED: Judgment is entered in favor of the Plaintiff and the Defendant is directed to pay the bankruptcy estate the amount of $7,000.00, together with attorney's fees in the amount of $250.00, plus cost of $405.57, for a total of $7,655.57.

Dated:   *May 23, 2024*

At:     Minneapolis, Minnesota.                     Tricia Pepin
                                                                    Clerk of Bankruptcy Court

                                                                    By: /e/ Michael J. Stepan
                                                                    Deputy Clerk